**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 05-7044**

─────────

GEORGE FREDERICK HATFIELD, II,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Jerome B. Friedman,
District Judge.  (CA-04-154; CR-03-56)

─────────

Submitted:  November 30, 2005        Decided:  December 12, 2005

─────────

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

George Frederick Hatfield, II, Appellant Pro Se.  Timothy Richard
Murphy, Special Assistant United States Attorney, Newport News,
Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Frederick Hatfield, II, seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Hatfield has not made the requisite showing. Accordingly, we deny his motion for appointment of counsel, deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED